UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 17, 2014

MEMO TO COUNSEL RE: Laura Harbin v. Casey Parker Jones, et al.
Civil No. JFM-12-2714

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss and defendant's motion for extension of time to respond to written discovery.

It now appears clear that this action arises from a domestic dispute and that the same claims asserted in this action have been asserted by plaintiff in a state court action. Accordingly, under the circumstances I have decided that this action should be stayed, subject to reopening by either party after the state court litigation has been resolved.

I am entering an order to that effect today.

Very truly yours,

s/J. Frederick Motz
J. Frederick Motz
United States District Judge